UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 6:24-cr-00040-RBD-EJK

TIRELL ANTON JORDAN

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 21 U.S.C. § 846, Conspiracy to Distribute Controlled Substances, are as follows:

First:   Two or more people in some way agreed to try to accomplish a shared and unlawful plan, the object of which was to possess with the intent to distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl); and

Second:   The defendant knew the unlawful plan and willfully joined in it.

The essential elements of a violation of 21 U.S.C. § 841, Distribution of Fentanyl, are as follows:

First:   The defendant knowingly possessed the N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl);

  Second:  The defendant intended to distribute the N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl);

## PENALTY

The penalties for the offenses charged in Count One and Count Four of the Indictment are each up to 20 years imprisonment, a $1 million fine, or both imprisonment and a fine, at least 3 years of supervised release, and $100 special assessment.

Additionally, the defendant must forfeit property, pursuant to 21 U.S.C. § 853, as outlined in the Indictment.

## PERSONALIZATION OF ELEMENTS

Conspiracy to Distribute Controlled Substances

  First:  Beginning no later than May 3, 2023, in the Middle District of Florida, did you and at least one other person agree in some way to try to accomplish a shared and unlawful plan, the object of which was to possess with the intent to distribute fentanyl, a Schedule II, controlled substance?

  Second:  Did you know the plan was unlawful and willfully join in it?

  Third:  Did the conspiracy involve a mixture and substance containing a detectable amount of fentanyl?

Distribution of Fentanyl

First: On June 9, 2023, in the Middle District of Florida, did you knowingly possess N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl)?

Second: Did you intended to distribute the N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl)?

## FACTUAL BASIS

On May 3, 2023, Federal Bureau of Investigation (FBI), Tampa Brevard Resident Agency (BRA), Safe Streets Task Force (SSTF) and Drug Enforcement Administration (DEA) Agents began an operation utilizing an FBI Confidential Human Source (CHS).

On May 3, 2023, the CHS met with Tyrone Green ("Green") and Clifford Walton ("Walton") at a local business on Merritt Island in the Middle District of Florida. The CHS asked Green if he had "the other thing" that the CHS wanted. Green motioned to Walton and told Walton to get the methamphetamine. Walton left and returned with a clear plastic bag filled with a powdery substance. The CHS handed Walton $150 and left the business.

The substance was sent to the DEA Lab. The substance was analyzed by a Forensic Chemist who determined that the substance was $13.9 \pm 0.2$ grams of Methamphetamine Hydrochloride with a 97% purity.

On May 18, 2023, the CHS received a phone call from Green, setting a

meeting location to buy narcotics. At 12:25 p.m., the CHS pulled up to the meeting location where Green was waiting. At 12:26 p.m. Green handed the CHS a small plastic baggie, tied at one end, containing a white powdery substance  The CHS put the baggie in his/her front left pants pocket. The CHS then handed Green $500.00 in government provided funds to pay for the drugs.

The substance was sent to the DEA Lab. The substance was analyzed by a Senior Forensic Chemist who determined that the substance was $6.84g \pm 0.2$ grams of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl)

On June 8, 2023, the CHS informed FBI Special Agents (SA) that Green had been in contact with the CHS earlier in the week and asked the CHS if he or she "needed anything". The CHS told Green he or she would not have any money until Friday.

On June 9, 2023, the CHS contacted Green and Green told the CHS he would be ready in about an hour. Law enforcement then met with the CHS to prepare for the controlled purchase of heroin from Green and provided the CHS $500.00 in FBI funds.
The CHS received a call from Green, who told the CHS to meet at a local business in about 20 minutes. Outfitted with audio and video recording equipment, the CHS drove his or her vehicle to the local business. Once there, Tirell Anton Jordan ("Jordan"), who was designated by Green to complete the narcotics transaction, approached the CHS's vehicle and got into the front passenger seat. Jordan then

4

handed the CHS a pack of Newport Cigarettes with a small clear plastic sandwich type bag inside containing a powdery white substance. The CHS asked Jordan how much was owed for the narcotics and Jordan told the CHS $400.00.

The CHS handed Jordan $400.00 and Jordan exited the CHS's vehicle and walked back in the direction of the main office to the business. The CHS left the parking lot and drove back to a previously determined location to meet with law enforcement. Law enforcement took custody of the drug evidence and the remaining $100.00. The pack of Newport Cigarettes and plastic bag containing the powdery white substance that Jordan provided to the CHS is pictured below:



The substance purchased by the CHS from Jordan was sent to the DEA Lab. The substance was analyzed by a Forensic Chemist who determined that the substance was 6.9g ± 0.2 grams N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl).

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney


By:   */s/ Stephanie A. McNeff*
      Stephanie A. McNeff
      Assistant United States Attorney
      Florida Bar No. 1003060
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail: Stephanie.mcneff@usdoj.gov
      Respectfully submitted,

      ROGER B. HANDBERG
      United States Attorney

U.S. v. TIRELL ANTON JORDAN   Case No. 6:24-cr-00040-RBD-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Erin Hyde

       /s/ *Stephanie A McNeff*
       Stephanie A. McNeff
       Assistant United States Attorney
       Florida Bar No. 1003060
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: Stephanie.McNeff@usdoj.gov