UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                   Case No: 6:24-cr-40-RBD-EJK

**TIRELL ANTON JORDAN**

AUSA: Kaley Austin-Aronson
Defense Attorney: Erin Hyde, CJA

| Judge: | **ROY B. DALTON, JR.** United States District Judge | Date and Time: | **October 31, 2024** 10:47 A.M. – 11:03 A.M.; 11:15 A.M. – 11:26 A.M. |
|---|---|---|---|
| Deputy Clerk: | Regina Fermer | Reporter: | Amie First Amiefirst.courtreporter @gmail.com |
| Interpreter: | N/A | Pretrial/Prob: | N/A |
| Total Time | 27 Minutes | | |

**Clerk's Minutes**
**Plea Hearing**

Case called; appearances made.

Defendant placed under oath.

Court inquires of the defendant- No issue as to competency.

Court advises defendant of his rights, sentencing guidelines and reviews the notice of maximum penalties as stated on the record.

Defendant enters plea of guilty as to Count One and Four of the Indictment and acknowledges that the factual basis is true.

Court accepts the Defendant's plea and adjudicates the Defendant guilty as to Count One and Four of the Indictment.

Sentencing set for January 28, 2025 @ 10:45 a.m.

The Court orders a Presentence Investigation Report.

The defendant is remanded to the custody of the United States Marshal pending sentencing.

Court adjourned.